# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: THOMAS J. WINIECKI & SHIRLEY L. WINIECKI  Case Number: 08-71183
3814 PLEASANT VALLEY BLVD.   SSN-xxx-xx-7743 & xxx-xx-6170
ROCKFORD, IL 61114

Case filed on: 4/18/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LINEBARGER GOGGAN BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 1,940.25 | 1,940.25 | 0.00 | 0.00 |
|  | Total Priority | 1,940.25 | 1,940.25 | 0.00 | 0.00 |
| 028 | THOMAS J. WINIECKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 17,857.14 | 17,857.14 | 0.00 | 0.00 |
| 003 | TITLE CASH INC | 653.44 | 500.00 | 0.00 | 0.00 |
| 023 | ILLINOIS TITLE LOANS, INC | 2,724.43 | 1,551.00 | 0.00 | 0.00 |
|  | Total Secured | 21,235.01 | 19,908.14 | 0.00 | 0.00 |
| 003 | TITLE CASH INC | 0.00 | 153.44 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 4,614.06 | 4,614.06 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 4,199.01 | 4,199.01 | 0.00 | 0.00 |
| 007 | ALDEN - PARK STRATHMOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 978.69 | 978.69 | 0.00 | 0.00 |
| 009 | CORTRUST BANK | 433.00 | 433.00 | 0.00 | 0.00 |
| 010 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 1,116.09 | 1,116.09 | 0.00 | 0.00 |
| 016 | PLAINS COMMERCE BANK | 471.61 | 471.61 | 0.00 | 0.00 |
| 017 | ROCK RIVER WATER RECLAMATION | 421.90 | 421.90 | 0.00 | 0.00 |
| 018 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SECURITY FINANCE | 229.00 | 229.00 | 0.00 | 0.00 |
| 020 | SUISSE BANCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | T-MOBILE | 125.69 | 125.69 | 0.00 | 0.00 |
| 022 | PREMIER BANKCARD/CHARTER | 425.76 | 425.76 | 0.00 | 0.00 |
| 023 | ILLINOIS TITLE LOANS, INC | 0.00 | 1,173.43 | 0.00 | 0.00 |
| 024 | JP MORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD LUTHERAN SCHOOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COTTONWOOD FINANCIAL | 517.78 | 517.78 | 0.00 | 0.00 |
| 027 | U.S. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,532.59 | 14,859.46 | 0.00 | 0.00 |
|  | Grand Total: | 36,707.85 | 36,707.85 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                    By  /s/Heather M. Fagan